**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SANDEEP PURI, | ) | |
| | ) | |
| Petitioner, | ) | 3:26-CV-00821-MJH |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN OF MOSHANNON VALLEY | ) | |
| PROCESSING CENTER, TODD M. | ) | |
| LYONS, ACTING DIRECTOR, | ) | |
| IMMIGRATION AND CUSTOMS | | |
| ENFORCEMENT, U.S. DEPARTMENT OF | | |
| HOMELAND SECURITY; MARKWAYNE | | |
| MULLIN, SECRETARY OF THE | | |
| DEPARTMENT OF HOMELAND | | |
| SECURITY ("DHS"); TODD BLANCHE, | | |
| ACTING ATTORNEY GENERAL OF THE | | |
| UNITED STATES; AND U.S. | | |
| DEPARTMENT OF HOMELAND | | |
| SECURITY, | | |

Respondents,

**<u>ORDER</u>**

For the reasons stated in *Deh v. Warden Moshannon Valley Processing Center, et al.*, No. 3:26-CV-00738-MJH, 2026 WL 1255947 (W.D. Pa. May 7, 2026), the Habeas Petition is GRANTED IN PART, as follows:

Respondents shall cause Petitioner to be taken to a neutral immigration judge of the Executive Office of Immigration Review for an individualized bond hearing to occur within seven (7) days of this order, or else release Petitioner by such date. Respondents shall ensure that the hearing include the required due process, including, at a minimum, factfinding based upon a record produced before a decisionmaker and disclosed to Petitioner; an opportunity to make arguments on Petitioner's behalf; and

1

the right to an individualized determination of Petitioner's interests. *See Ghanem v. Warden Essex Cnty. Corr. Facility*, No. 21-1908, 2022 WL 574624, at *2 (3d Cir. Feb. 25, 2022).

IT IS FURTHER ORDERED that the Petition is DENIED in all other respects. The Clerk of Court shall mark this case as closed.

BY THE COURT:

DATED: May 20, 2026

Marilyn J. Horan
United States District Judge